Larry K. GREEN, a/k/a Said Abdullah Hakim, Plaintiff—Appellant,

v.

Michael T. BELL; Sandra F. Thomas; Paul Taylor; C/O O'Neal; George Kenworthy, Superintendent, Defendants—Appellees,

and

Theodis Beck, Defendant.

No. 11–7509.

United States Court of Appeals, Fourth Circuit.

Submitted: April 26, 2012.

Decided: April 30, 2012.

Larry Keith Green, Appellant Pro Se. Oliver Gray Wheeler, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellees.

Before GREGORY, AGEE, and WYNN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Keith Green seeks to appeal the district court's order dismissing certain claims and defendants in Green's 42 U.S.C. § 1983 (2006) suit. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interloc-

utory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Green seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*